1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF CALIFORNIA

7   MICHAEL LYNN WATERS,

8            Plaintiff,                    No. 2:11-cv-2822 GEB KJN P

9        vs.

10  T. YBARRA,

11           Defendant.              ORDER

12  _____/

13          On November 7, 2011, plaintiff filed a request for reconsideration of the

14  magistrate judge's order filed October 28, 2011, denying plaintiff's motion for preliminary

15  injunction.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld

16  unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that

17  it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.[1]

18          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

19  magistrate judge filed October 28, 2011, is affirmed.

20  Dated:  November 29, 2011

21

22  _____
    GARLAND E. BURRELL, JR.
23  United States District Judge

24

25      [1]  Plaintiff contends the denial of the motion was based on plaintiff's alleged failure to
    exhaust administrative remedies.  However, the motion was denied without prejudice because
26  plaintiff is required to file a complaint in order to commence an action. Fed. R. Civ. P. 3.
    Plaintiff has not yet filed a complaint, and paid the filing fee or filed a request to proceed in
    forma pauperis.