IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. WATERS,

    Plaintiff,               No. 2:11-cv-2822 GEB KJN P

    vs.

T. YBARRA, et al.,

    Defendants.         ORDER

_____/

On March 8, 2012, plaintiff filed a motion to prevent defendants from requiring plaintiff to ride on the golf cart with other psychiatric services unit inmates for transport. However, plaintiff's motion is duplicative of his October 25, 2011 motion which was denied without prejudice on October 28, 2011, based on plaintiff's failure to file an underlying civil rights complaint, and to pay the filing fee or file an application to proceed in forma pauperis. Moreover, this civil rights action was closed on January 27, 2012. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Accordingly, IT IS HEREBY ORDERED that plaintiff's March 8, 2012 motion (dkt. no. 11) is denied without prejudice.

DATED: March 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wate2822.58